# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

HEATHER VALENTINE, on his
own behalf and others similarly
situated,

    Plaintiff,

v.                                    Case No. 3:16-cv-414-J-32PDB

PHYSICIANS GROUP SERVICES,
P.A., a Florida Profit Corporation,

    Defendant.

## **O R D E R**

This case is before the Court on the Supplemental Joint Motion for Approval of Settlement and Request for Dismissal with Prejudice (Doc. 30). On August 23, 2017, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 31) recommending that the parties' motion for settlement, as supplemented, be granted and that the case be dismissed with prejudice. No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); M.D. Fla. R. 6.02(a).

Upon de novo review of the file and for the reasons stated in the Report and Recommendation (Doc. 31), it is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge (Doc. 31) is **ADOPTED** as the opinion of the Court.

2. The Joint Motion for Approval of Settlement and Request for Dismissal With Prejudice (Doc. 28), as supplemented (Doc. 30), is **GRANTED**.

3. The parties' settlement agreement (Doc. 30-1) is **APPROVED**.

4. This action is **DISMISSED with prejudice**.

5. The Clerk should terminate all pending motions, vacate any remaining timelines, and close the case.

**DONE AND ORDERED** in Jacksonville, Florida this 19th day of September, 2017.

TIMOTHY J. CORRIGAN
United States District Judge

jjb
Copies to:

Honorable Patricia D. Barksdale
United States Magistrate Judge

Counsel of record